NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1430

PHYLLIS JANE THERIOT

VERSUS

STEVEN JAYE SONNIER

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 81846
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Leon Joseph Minvielle, III
Haik, Minvielle & Grubbs
P. O. Box 11040
New Iberia, LA  70562-1040
(337) 365-5486
Counsel for Plaintiff/Appellee:
      Phyllis Jane Theriot

Daniel M. Landry, III
Attorney at Law
P.O. Box 3784
Lafayette, LA  70502
(337) 237-7135
Counsel for Defendant/Appellant:
      Steven Jaye Sonnier